UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HERBERT PICHON** | **CIVIL ACTION** |
| **versus** | **NO. 11-615** |
| **TERRY TERRELL, WARDEN, ALLEN CORRECTIONAL CENTER** | **SECTION: "F" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Herbert Pichon** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 17th day of December, 2012.

*[signature]*
**UNITED STATES DISTRICT JUDGE**